**This order is SIGNED.**

Dated: April 20, 2017

 

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

uae

*Order prepared by:*
Andres Diaz (A4309)
Thomas D. Neeleman (A4639)
Geoffrey L. Chesnut (A12058)
RED ROCK LEGAL SERVICES, P.L.L.C.
491 North Bluff Street, Ste. 301
St. George, UT 84790
Telephone: (435) 634-1000
Fax: (435) 634-1001
Email: courtmailrr@expresslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In Re:<br>MATTHEW WILBER<br>STEPHANIE WILBER<br>Debtors. | Bankruptcy No. 15-31489<br>Chapter 13<br><br>Judge William T. Thurman |
|---|---|

**ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE SECURED LOAN AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES.**

THIS MATTER having come before the Court upon Debtors' **MOTION TO AUTHORIZE SECURED LOAN AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES**, the Court having reviewed the same and being other wise fully advised in the premises, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) That Debtors are authorized to incur a post-confirmation secured debt to purchase a home and real property located at 2301 Bryson Circle, Santa Clara, Utah;

2)	Debtors through counsel will file a Notice of Change of Address as soon as practicable;

3)	Debtors shall a copy of the settlement statement and/or closing documents within three days of the loan closing.

4)	That Red Rock Legal Services, P.L.L.C. is allowed an administrative expense claim for attorneys fees and costs in the amount of $1,200 in attorney's fees and $84.10 in costs, with $800.00 to be paid directly to counsel by the Debtor and the remaining $484.10 paid by the Chapter 13 pursuant to the Confirmation Order.

****END OF DOCUMENT****

MAILING LIST

Lon Jenkins (via ECF)                                              Red Rock Legal Services, PLLC (via ECF)

Matthew & Stephanie Wilber
1210 West Indian Hills Drive #8
Saint George, UT 84770